LOUIS J. CASTELLANO, as Trustee in Bankruptcy of ISIDORE HOFFER et al., Respondent, *v.* THE AMERICAN INSURANCE COMPANY, Appellant.

(Argued January 7, 1930; decided January 17, 1930.)

*Frederick T. Case* for appellant.

*Frank C. Laughlin, Joseph W. Kirkpatrick* and *Thomas C. Frost* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.